## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re the matter of | CHAPTER 13 |
| | NO.  20 B 04781 |
| Todd F. Harris | |
| | Judge A. Benjamin Goldgar |

### NOTICE OF MOTION

TO:

| | |
|---|---|
| Todd F. Harris | David M. Siegel |
| 10608 Brooks Lane | Via electronic notification |
| Apt. 132 ,Chicago Ridge, IL 60415 | |
| Via regular mail | Marilyn O Marshall |
| | Via electronic notification |

PLEASE TAKE NOTICE that on March 10, 2020 at 9:30 a.m., or as soon thereafter as Counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, at the 219 South Dearborn Street, Courtroom #642, Chicago, Illinois, and then and there present the attached Motion, a copy of which is hereby served upon you.

### PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Motion attached, upon debtor, as listed above, by mailing same in a properly addressed envelope, postage prepaid, from 112 Cary Street, Cary, Illinois 60013 and via electronic notification on the remaining parties, as listed above, that occurs automatically after the filing the Motion.  That the motion was filed, and the placement of any mailed copies being placed in the mail occurred on February 25, 2020.

| | |
|---|---|
| Christopher H. Purcell | CREDIT ACCEPTANCE CORPORATION |
| Sherman & Purcell LLP | |
| 112 Cary Street | BY: _____/s/ Christopher H. Purcell_____ |
| Cary, Illinois 60013 | CHRISTOPHER H. PURCELL |
| Shermlaw13@aol.com | One of its Attorneys |
| Phone: (312) 372-1487 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of

Todd F. Harris

CHAPTER 13

NO.  20 B 04781

Judge A. Benjamin Goldgar

MOTION TO MODIFY AUTOMATIC STAY

Now comes Credit Acceptance Corporation (hereinafter the "Movant")., a creditor herein, by SHERMAN & PURCELL LLP, its attorneys, and moves this Honorable Court for entry of an Order modifying the restraining provisions of §362 of the Bankruptcy Code, and in support thereof respectfully represents as follows:

1.  The Movant is a secured creditor of the Debtor.  The Statement to Accompany Motions for Relief from Stay is attached hereto and incorporated herein including, but not limited to, the description of the collateral.

2.  The Debtor has not offered, and Movant. is not receiving, adequate protection for its secured interest or depreciating value and said motor vehicle is not necessary to an effective reorganization by the Debtor.   The Movant will suffer irreparable injury, harm and damage should it be delayed in taking possession of the motor vehicle aforesaid and foreclosing its security interest therein and therefore requests that Bankruptcy Rule 4001(a)(3) not apply.

3.  The plan does not provide for this secured claim.  The vehicle was recovered in January of 2020.  The Debtor is in default and has not provided evidence of insurance protecting the Movant.


WHEREFORE, the Movant prays that this Honorable Court enter an Order modifying the restraining provisions of §362 of the Bankruptcy Code to permit the said Movant to take possession of and foreclose its security interest in a certain 2014 Chevrolet Impala, VIN 2G1WA5E3XE1182429, and for such other and further relief as this Court may deem just.


Christopher H. Purcell                          CREDIT ACCEPTANCE CORPORATION
Sherman & Purcell LLP
112 Cary Street                                 BY: ____/s/ Christopher H. Purcell ____
Cary, Illinois 60013                                    One of its Attorneys
Shermlaw13@aol.com
Phone: (312) 372-1487