# REQUIRED STATEMENT
# TO ACCOMPANY ALL MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) **Todd Harris** Case No. **20-04781** Chapter **13**
All Cases: Name of Moving Creditor **Credit Acceptance Corporation** Date Case Filed **2-21-2020**

Nature of Relief Sought: ☒ Lift Stay ☐ Annul Stay ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing **4-7-2020** or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on ____
☐ No-Asset Report not Filed, Date of Creditors Meeting ____

1. Collateral
   a. ☐ Home ____
   b. ☒ Car Year, Make and Model **2014 Chevrolet Impala**
   c. ☐ Other ____

2. Balance Owed as of Petition Date $ **13,041.13**
   Total of all other Liens against Collateral $ ____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.: ____

4. Estimated Value of Collateral (must be supplied in all cases) $**8,575**

5. Default
   a. ☒ Pre-Petition Default
      Number of months **11** Amount $ **4,491.56**
   b. Post-Petition Default
      ☒ On direct payments to the moving creditor
        Number of months ____ Amount $ **next due 3-14-2020**
      ☐ On payments to the Standing Chapter 13 Trustee
        Number of months ____ Amount $ ____

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362 (d)(1)
      i. ☒ No insurance ____
      ii. ☐ Taxes unpaid ____ Amount $ ____
      iii. ☒ Rapidly depreciating asset ____
      iv. ☒ Other (describe) **Default above is before attorney fees & costs**

   b. ☒ No Equity and not Necessary for an Effective Reorganization § 362 (d)(2)
   c. Other "Cause" § 362 (d)(1)
      i. ☐ Bad Faith ____
      ii. ☐ Multiple filings
      iii. ☒ Other (describe) **Plan does not provide for the secured claim and the Movant recovered the collateral pre-petition.**
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm ii. ☐ Redeem iii. ☐ Surrender iv. ☐ No Statement of Intention Filed

Date: **February 25, 2020** /s/ Christopher H. Purcell
(Rev. 6/1/09) Counsel for Movant