UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 20-04781 |
| | ) | |
| | ) | Chapter: 13 |
| Todd F. Harris | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

### ORDER MODIFYING THE AUTOMATIC STAY

This cause coming on to be heard on the motion of Credit Acceptance Corporation and due notice having been given, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the restraining provisions of §362 of the Bankruptcy Code be and the same are hereby modified to permit Credit Acceptance Corporation to take possession of and foreclose its security interest in a certain 2014 Chevrolet Impala, VIN 2G1WA5E3XE1182429.

IT IS FURTHER ORDERED that Bankruptcy Rule 4001(a)(3) does not apply to this Order.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 10 MAR 2020

**Prepared by:**
Christopher H. Purcell
Sherman & Purcell LLP
112 Cary Street
Cary, Illinois 60013
Shermlaw13@aol.com
Phone: (312) 372-1487
Attorney for Credit Acceptance Corporation