UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br> Bianca Daniels <br><br><br> Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.:   20-05480 <br><br> Chapter: 13 <br> Honorable A. Benjamin Goldgar |

### ORDER EXTENDING THE AUTOMATIC STAY

This cause coming to be heard on the Motion of the Debtor to Extend the Automatic Stay, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given to the parties entitled thereto, IT IS HEREBY ORDERED:

1. That the automatic stay is hereby EXTENDED pursuant to section 362 (c)(3)(A).

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:   10 MAR 2020

**Prepared by:**
/s/ Brian P. Deshur
Attorney for Debtor
Law Offices of David Freydin, Ltd.
8707 Skokie Blvd., Suite 312
Skokie, IL 60077
312-380-1564

Rev: 20170105_bko