## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Todd F. Harris | ) | Chapter 13 |
| | ) | Case No. 20 B 04781 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

## Notice of Motion

Todd F. Harris
10608 Brooks Lane
Apt. 132
Chicago Ridge, IL  60415

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On June 09, 2020 at  2:30 pm, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, May 28, 2020.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 02/21/2020.

2. The debtor(s) have failed to address the proof of claim filed by the Internal Revenue Service regarding unfiled tax returns for tax year(s) 2018 and 2019.

3. The debtor(s) have failed to commit all disposable income to the plan.

4. Debtor has failed to address all secured claims in the Plan.

5. Debtor has failed to provide proof of federal tax withholdings.

6. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE